In re LYMAN. In re WICHMAN. (Supreme Court, Appellate Division, First Department. January, 1898.) In the matter of Henry K. Lyman, and in the matter of Charles Wichman. No opinion. Motion denied, on payment of $10 costs, to enable appellant to move to open default in court below. See 49 N. Y. Supp. 1139.

LYMAN v. KORNDORFER. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by Henry H. Lyman against Henry Korndorfer. R. R. Scott, for Lyman. V. S. Andrews, for Korndorfer. No opinion. Order affirmed, with $25 costs and disbursements, on the opinion of the court below (49 N. Y. Supp. 559), and on the authority of Peoble v. Hamilton, 25 App. Div. 428, 49 N. Y. Supp. 605.

LYNCH, Appellant, v. COOLEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Martin Lynch, as receiver, etc., against Augustine S. Cooley and others. No opinion. Judgment affirmed, with costs. All concur, except ADAMS, J., not voting.

LYONS et al., Respondents, v. CLARY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by William H. Lyons and another against T. F. Clary. No opinion. Judgment and order affirmed, with costs.

McCARTHY, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Jane McCarthy against the city of Syracuse. No opinion. Judgment and order affirmed, with costs.

McCARTHY et al., Respondents, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Dennis McCarthy and another against the New York Central & Hudson River Railroad Company and the Syracuse, Ontario & New York Railway Company. No opinion. Judgment reversed, and new trial ordered, with costs to appellants to abide event. See opinion of FOLLETT, J., in Kenyon v. Same Defendants, 51 N. Y. Supp. 386.

McFADDEN, Respondent, v. MORNING JOURNAL ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1898.) Action by Nellie McFadden against the Morning Journal Association. No opinion. Motion denied. See 51 N. Y. Supp. 275.

McLAUGHLIN v. RAPP et al. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by Thomas McLaughlin against John V. B. Rapp and others. No opinion. Motion denied, on payment of $10 costs.

McMAHON, Respondent, v. LAKE SHORE & M. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Mary McMahon, as administratrix, against the Lake Shore & Michigan Southern Railway Company. No opinion. Motion for reargument denied, with $10 costs. See 51 N. Y. Supp. 1145.

MANNIX, Respondent, v. NASSAU FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 14, 1898.) Action by Bridget Mannix against the Nassau Ferry Company. Howard C. Anderson, for the motion. James C. Cropsey, opposed.

PER CURIAM. Applications for reargument are usually based upon the proposition that the opinion of the appellate division shows that the case has been decided upon some misapprehension of the facts or law. This case, however, seemed plain enough to dispose of without a written opinion; yet we are now asked to grant a reargument, because, although we wrote no opinion, our affirmance of the judgment indicates that we did not consider all the circumstances which tell in favor of the appellant. In other words, the position of the appellant is that, if we had understood the case, we certainly would have granted a new trial. As to this, it is enough to say that, if our determination was erroneous, it was not by reason of a failure to consider any of the matters urged upon our attention by the learned counsel for the appellant, either in his oral argument or printed brief. We thought the record justified a view of the facts, involving no impossibility, and leading to the conclusion that the plaintiff was injured in consequence of the negligence of the defendant, without fault on her part. As the facts sufficed to support a recovery, the record disclosed no legal error which would warrant a reversal. The motion for a reargument must be denied, and we do not see that the case involves any question which ought to be sent to the court of appeals. See 51 N. Y. Supp. 1147.

MARKS, Appellant, v. MARKS, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Elizabeth Marks against Harry A. Marks. J. H. Harris, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

MARTIN v. THIRD AVE. RY. CO. (Supreme Court, Appellate Division, First Department. May 20, 1898.) Action by Maria E. Martin against the Third Avenue Railway Company. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 284.

MATTHEWS, Respondent, v. HARVEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1898.) Action by John W. Matthews against Richard S. Harvey. No opinion. Motion to dismiss appeal granted, unless the defendant within 20 days serves and files the proper printed papers on appeal. On compliance with such conditions, motion denied, without costs.

MEDDAUGH, Appellant, v. GORMAN, Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1898.) Ac-

tion by Frank W. Meddaugh against Michael Gorman. No opinion. Order affirmed, with $10 costs and disbursements.

MEYER v. DAMM et al. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by Henry J. Meyer against Rudolph Damm and others. No opinion. Motion granted, with $10 costs. See 44 N. Y. Supp. 1124.

MEYER et al., Appellants, v. PAGENSTOCHER, Respondent. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by Charles H. Meyer and others against Albrecht Pagenstocher. G. W. Wickersham, for appellant. C. E. Rushmore, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 51 N. Y. Supp. 1054.

MILLER, Respondent, v. HOUGHTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Charles E. Miller against William A. Houghton. No opinion. Judgment and order affirmed, with costs.

MORRISON v. NIXON'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Ella Morrison against the estate of Elizabeth Nixon, deceased. No opinion. Decree of surrogate affirmed, with costs to respondent, payable out of fund.

In re MULLER. (Supreme Court, Appellate Division, First Department. May 20, 1898.) In the matter of Anna Muller. No opinion. Motion denied, with $10 costs. See 47 N. Y. Supp. 1143, 48 N. Y. Supp. 1110, 50 N. Y. Supp. 786, and 52 N. Y. Supp. 565.

MUNDT v. GLOKNER. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Sigmund Mundt against Gertrude Glokner. No opinion. Motion denied, with $10 costs. See 44 N. Y. Supp. 430, 48 N. Y. Supp. 940, and 50 N. Y. Supp. 190.

MUTUAL LIFE INS. CO. OF NEW YORK, Respondent, v. LAKE ST. BLDG. ASS'N et al., Appellants. (Supreme Court, Appellate Division, Third Department. January, 1898.) Action by the Mutual Life Insurance Company of New York against the Lake Street Building Association and others, impleaded with others. No opinion. Judgment affirmed, with costs. See 49 N. Y. Supp. 1140.

MUTUAL LIFE INS. CO. OF NEW YORK, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Third Department. January, 1898.) Action by the Mutual Life Insurance Company of New York against Emma A. Robinson, impleaded with others. No opinion. Judgment affirmed, with costs.

MUTUAL LIFE INS. CO. OF NEW YORK, Appellant, v. ROBINSON et al., Respondents.

(Supreme Court, Third Department. Janua 1898.) Action by the Mutual Life Insura Company of New York against David C. R inson and others. No opinion. Order affi ed, with $10 costs and disbursements. See N. Y. Supp. 887, 50 N. Y. Supp. 1131, and N. Y. Supp. 795.

MUTUAL LIFE INS. CO. OF NEW YOF Respondent, v. ROBINSON et al., Appellar (Supreme Court, Appellate Division, Third I partment. January, 1898.) Action by the M tual Life Insurance Company of New Y against David C. Robinson and others, i pleaded with others. No opinion. Judgm affirmed, with costs. See 49 N. Y. Supp. 8 50 N. Y. Supp. 1131, and 52 N. Y. Supp. 795

MUTUAL LIFE INS. CO. OF NEW YOR Respondent, v. ROBINSON et al., Appellan (Supreme Court, Appellate Division, Third I partment. January, 1898.) Action by t Mutual Life Insurance Company of New Yo against David C. Robinson and Emma A. Rc inson, impleaded with others. No opinic Judgment affirmed, with costs. See 49 N. Supp. 887, 50 N. Y. Supp. 1131, and 52 N. Supp. 795.

NEHRBAS, Respondent, v. NEHRBAS, A pellant (two cases). (Supreme Court, Appe late Division, First Department. May 1 1898.) Action by Emilie A. Nehrbas again Jacob Nehrbas. M. Hallheimer, for appellan A. I. Sire, for respondent. No opinion. O der affirmed, with $10 costs and disbursement

NELLIGAR, Respondent, v. NELLIGAI Appellant. (Supreme Court, Appellate Div sion, Third Department. May 4, 1898.) A tion by Maurice Nelligar against James Nell gar. No opinion. Judgment affirmed, wit costs.

NEW YORK BANK-NOTE CO. v. Mc KEIGE. (Supreme Court, Appellate Divisior First Department. May 13, 1898.) Action b the New York Bank-Note Company agains Ferdinand McKeige. No opinion. Motion de nied, with $10 costs. See 45 N. Y. Supp. 197 and 52 N. Y. Supp. 597.

NICKERSON et al. v. CANTON MARBLI CO., ETC. (Supreme Court, Appellate Divi sion, Third Department. May 10, 1898.) A tion by Sherman H. Nickerson and other against the Canton Marble Company, etc. N opinion. Motion to reprint denied. Either par ty may use upon the argument the original ex hibits, Nos. 6, 7, 8, 9, and 10, or typewritter copies thereof, as he desires, as part of the case.

OAKES, Respondent, v. OAKES, Appellant. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by Lewella C. Oakes against Francis J. Oakes. W. J. Foster, for appellant. B. F. Spellman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.